Carolyn H. Cottrell (SBN 166977)
Ori Edelstein (SBN 268145)
Robert E. Morelli, III (Tenn. BPR No. 037004)
*Pro Hac Vice Application Forthcoming*
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com

*Attorneys for Plaintiff and the putative Collective*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL SMITH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTHPRO HERITAGE, LLC,; <br><br> Defendant, | Case No.  2:25-cv-02056-AC <br><br> **ACTION SEEKING STATEWIDE OR NATIONWIDE RELIEF** <br><br> ~~PROPOSED~~ **ORDER APPROVING THE FILING OF ROBERT E. MORELLI, III'S PRO HAC VICE APPLICATION THROUGH PACER** <br><br> **DEMAND FOR JURY TRIAL** |

**ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 7, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

PROPOSED ORDER APPROVING THE FILING OF ROBERT E. MORELLI, III'S PRO HAC VICE APPLICATION THROUGH PACER
*Smith v. HealthPro Heritage, LLC, et al.,* Case No. 2:25-cv-02056-AC