1 Daniel B. Chammas (SBN 204825)
dchammas@fordharrison.com
2 Julia B. Chang (SBN 334676)
jchang@fordharrison.com
3 FORD HARRISON LLP
350 S. Grand Avenue, Suite 2300
4 Los Angeles, CA 90071
Telephone:  (213) 237-2400
5 Facsimile:   (213) 237-2401

6 Attorneys for Defendant,
7 HEALTHPRO HERITAGE, LLC

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

11 VIRGIL SMITH, individually and on
behalf of all others similarly situated,

Case No. 2:25-cv-02056-AC

12
Plaintiff,

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT HEALTHPRO HERITAGE, LLC'S TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF VIRGIL SMITH'S COLLECTIVE COMPLAINT**

13

14 v.

15 HEALTHPRO HERITAGE, LLC;

16 Defendant.

17

18 *[Pursuant to Local Rule 137(b)]*

19

20 Action Filed:    July 23, 2025
Trial Date:       None Set

21

22

23

24

25

26

27

28

FORD HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT HEALTHPRO HERITAGE, LLC'S TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF VIRGIL SMITH'S COLLECTIVE COMPLAINT**

1

## [~~PROPOSED~~] ORDER

2    Having reviewed the Parties' Joint Stipulation to Extend Defendant HealthPro

3  Heritage, LLC's Time to File Responsive Pleading to Plaintiff Virgil Smith's

4  Collective Complaint ("Joint Stipulation"), and good cause appearing therefor, IT IS

5  HEREBY ORDERED, that:

6    1.    The Parties' Joint Stipulation is hereby GRANTED;

7    2.    Defendant HealthPro Heritage, LLC's deadline to file a responsive

8  pleading is continued by 28 days pursuant to Local Rule 144(a) from August 19, 2025,

9  to September 16, 2025.

10    **IT IS SO ORDERED.**

11

12  Dated: August 21, 2025

13

14  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORD HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT HEALTHPRO HERITAGE,
LLC'S TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF VIRGIL SMITH'S COLLECTIVE COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28